IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:17CR323 |
| vs. | | **ORDER** |
| JORY ANAYA, | | |
| Defendant. | | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 21) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Jory Anaya. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 21) is granted.

2. The Indictment (Filing No. 1) is hereby dismissed, without prejudice, as to Jory Anaya.

Dated this 8th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge